UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09 CV 60812

STAR-BRITE DISTRIBUTING, INC.,

    Plaintiff,

v.

KOP-COAT, INC.,

    Defendant.
_____/

### AGREED ORDER

**THIS CAUSE** came before the Court on the ore tenus motion by Star-Brite Distributing, Inc., to have Kop-Coat, Inc., discontinue comparison advertisements while the hearing on Star-Brite Distributing, Inc.'s Amended Motion for Preliminary Injunction [D.E.10] is not completed, the Court having heard representations from Kop-Coat, Inc., that no placements of further comparison advertisements have been made in print media other than those already placed in boating or marine industry magazines. The Court being duly advised that the parties have agreed on this matter, the Court desiring to maintain the status quo,

**FINDS, ORDERS AND ADJUDGES** as follows:

1. Pursuant to this Order, Kop-Coat, Inc., inclusive of its officers, agents, servants, employees, attorneys, or other persons who are in active concert or participation with any of the aforementioned, shall not place any further advertisements comparing Star Tron® Enzyme Fuel Treatment with ValvTect Ethanol Gasoline Treatment, rebate advertisements comparing Star Tron® Enzyme Fuel Treatment with ValvTect Ethanol Gasoline Treatment, or rebate advertisements referring to any advertisements comparing Star Tron® Enzyme Fuel Treatment with ValvTect Ethanol Gasoline Treatment in print media while this order remains in effect.

2231512-2

2.      Kop-Coat, Inc., may continue to display the content including the advertisement comparing Star Tron® Enzyme Fuel Treatment with Valvtect Ethanol Gasoline Treatment that is currently displayed on its website (such display should remain the same as of July 23, 2009), during the pendency of the hearing on Star-Brite Distributing, Inc.'s Amended Motion for Preliminary Injunction.

3.      This Order shall remain in effect until the conclusion of the hearing on Star-Brite Distributing, Inc.'s Amended Motion for Preliminary Injunction, and until the Court rules upon the pending motion, which should occur shortly after the conclusion of the hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 31st day of July, 2009.

HONORABLE JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Leonard K. Samuels, Esq./Gregory Haile, Esq.
Robert Ferencik, Esq./ Lisa North, Esq.